
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

FILED
03/16/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

### 28 U.S.C. § 2254 HABEAS CORPUS PETITION
### CHALLENGING A PRISON DISCIPLINARY PROCEEDING

*[This form is for a State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]*

| Name (under which you were convicted): | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| DANTE GUY | 2:23-cv-00123-JRS-MKK |
| Place of Confinement: I.Y.C. Plainfield Corr. Facility | Earliest Possible Release Date: 1.13.25 |

*[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]*

1. Name of facility holding the hearing: **I.Y.C. Plainfield Corr. Facility**
   Date of hearing: **11/1/2022**. Case number: **IYC 22-10-0260**
   Offense: **"TRAFFICKING"**
   Code # **113A**. Did you plead guilty? ○ Yes. ⦿ No.

2. Lost earned credit time? ○ No. ⦿ Yes, I lost **180** days earned credit time.
   Was the loss of earned credit time suspended? ⦿ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

3. Demoted in credit class? ○ No. ⦿ Yes, I was demoted from Class **C** to Class **D**.
   Was the demotion suspended? ⦿ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

4. Appealed to the Superintendent? ○ No. ⦿ Yes, the result was: **Appeal Denied**

5. Appealed to Final Reviewing Authority? ○ No. ⦿ Yes, the result was: **Appeal Denied**

6. Previously challenged this disciplinary hearing in federal court? ⦿ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

   ○ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ⦿ No, I have attached a separate Prisoner Motion to Proceed in Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE:** [Briefly describe your claim.] DEPRIVED ONE HUNDRED - EIGHTY (180) DAYS AND ONE (1) TIME - CREDIT LOSS FOR A GUILTY DECISION ON NOV. 1, 2022 FOR "TRAFFI"

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
THE STATE FORM 39590 OF "REPORT OF CONDUCT" THAT WAS ASSIGNED TO THE CASE NUMBER IYC 22-10-0260 DOES NOT SUPPORT OR PROVIDE ANY EVIDENCE TO IMPLICATE DANTE GUY FOR A TRAFFICKING OFFENSE.
THE PETITIONER DANTE GUY NAME IS NOT INSERTED WITH IN THE "DESCRIPTION OF INCIDENT" OF "THE REPORT OF CONDUCT"
THERE IS NO MENTION OF PETITIONER DANTE GUY IN THE STATE FORM 39590 REPORT OF CONDUCT TO SUPPORT THE CONVICTION OF GUILT BY D.H.O. ON NOV. 1, 2022

Did you present Ground One to the Final Reviewing Authority? ☒ Yes. ☐ No, because _____

**GROUND TWO:** [Briefly describe your claim.] DEPRIVED ONE HUNDRED - EIGHTY 180 DAYS, ONE (1) TIME CREDIT LOSS

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
I, PETITIONER DANTE GUY WAS DENIED REQUESTED EVIDENCE A.T.T. THE DISCIPLINARY HEARING WITHOUT AN CLEAR EXPLANATION ON WHY.
THERE WAS NO EVIDENCE USED IN THIS CASE THAT CAN STATE OR SHOW I WAS ACTIVELY "TRAFFICKING" ON SEPTEMBER 25, 2022 TO SUPPORT A GUILTY DECISION VERDICT ON NOVEMBER 1, 2022

Did you present Ground Two to the Final Reviewing Authority? ☐ Yes. ☐ No, because _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pg. 2 of 4

GROUND ONE:

Ground One Pg. 3 Sec. M. states "Conduct Report: A summary of all alleged violation committed by an offender as documented by a staff person."

Page 14 of the Adp 02-04-101 Sec #2 states: THE REPORT OF CONDUCT SHALL INCLUDE, at a minimum, the following information.
a. The specific rule violated;
b. A formal statement of the charge;
Specifically, the REPORT OF CONDUCT IS TO PROVIDE DETAILS AS TO WHAT CONDUCT VIOLATION OCCURRED, WHO WAS INVOLVED, WHEN THE CONDUCT VIOLATION HAPPENED, AND HOW THE CONDUCT VIOLATION HAPPENE[D]. IT IS VERY IMPORTANT THAT THE CONDUCT REPORT BE WRITTEN IN PLAIN LANGUAGE AND CLEARLY STATES THE "WHO, WHAT, WHEN, WHERE, AND HOW of the factual EVENT.

I, PETITIONER DANTE GUY WAS NOT ARRESTED BY; "THE OFFICE OF INVESTIGATION AND INTELLIGENCE - AS, "A STAFF MEMBER" AS IT STATES IN THE REPORT OF CONDUCT CASE NUMBER IYC 22-10-0260 THAT WAS ASSIGNED TO THE PETITIONER IN A GUILTY DECISION VERDICT BY THE D.H.O. ON NOV 7, 2022

Page 3 of 4

GROUND ONE:

A TRAFFICKING OFFENSE SHOULD NOT BE AMBIGOUS IN DESCRIPTION AS THE STATE FORM: "REPORT OF CONDUCT" ~~IS~~... WHEN USED AS PRIMARY-EVIDENCE IN A D.H.B. GUILT DECISON AGAINST IND. OFFENDERS.

I, DANTE GUY #121108 DESERVE EQUAL PROTECTION OF PROCESS RIGHTS AND ON NOV. 1, 2022 I, DANTE GUY #121108 WAS DENIED THAT CLAIM AND RIGHT OF PROTECTION.

GROUND TWO: THE REPORT OF DISCIPLINARY HEARING USED IN THIS CASE NUMBER IYC 22-10-0260 IS CLEARLY ESTABLISHED THAT DANTE GUY #121108 (PETITIONER) REQUESTED EVIDENCE FOR MY DEFENSE AND WAS DENIED DUE TO "GENERIC-LANGUAGE" "WHICH SHOULD AVOID USING" AS IT STATES IN THE ADP 02-04-101 PAGE 3 SUBSECTION #5. ENTRY-

ANY DHB FINDS "GUILTY", "DUE TO STAFF REPORT" NEEDS TO FURTHER PROVIDE MORE ACCURATE AND ENOUGH DETAIL, AS ~~ADP~~ 02-04-101 REQUIRES;

IN A STATE FORM 39585 REPORT OF CONDUCT WHICH WAS DENIED ON NOV. 1 2022 BY THE D.H.O. ALL REQUESTED EVIDENCE WAS DENIED DUE TO: "NOT ALLOWED CONFIDENTIAL" THAT EXPLANATION IS NOT AN EXPLANATION AT ALL. ANY EVIDENCE THAT WAS CHECKED AS BEING RELIED ON BY THE D.H.O. ~~IS~~ INACCURATE AND INSUFFICENT AT BEST.

AN INVESTIGATION REPORT THAT WAS SUBSTITUTED IN REPLACE OF AN POLICY STANDARD STATE FORM - 39590 REPORT OF CONDUCT IN CASE # IYC 22-10-0260 TO STATE: "THE INVESTIGATION REPORT ARE ~~THE~~ EVIDENCE

GROUND 1 CLAIM
#2
Page #3 of #3

of proof to find inmate Guy guilty of "TRAFFICKING", is not an informed impartial-decison as required by the D.H.O.

The stateform 39590 which is used to conduct a report on an offender for a violation. The screening officer does not get provided evidence, investigation report, etc; prior to the inmate after screening of the state form 39590 when evidence is requested by the offender inmate. To suggest that the screening in case number IYC 22-10-0260 could clearly identify in plain language the "who, what, when, where, and how of the actual event" on the state form 39590 report of conduct in this case number would not be an accurate report of description.

All evidence that is supported in the D.H.O. guilty decison does not described any of the sort with the report of conduct used as primary "STAFF REPORT" of evidence.

GROUND 2

PAGE 31 SEC. 3. EVIDENCE Paragraph A.
AN OFFENDER MAY REQUEST PHYSICAL OR DOCUMENTARY EVIDENCE TO BE CONSIDERED BY THE DISCIPLINARY HEARING OFFICER.

THE D.H.O. DID NOT CONSIDER THE PETITION REQUEST FOR EVIDENCE ON NOV. 2, 2022 IN CASE NUMBER IYC 22-10-0260.

OF THE ADP 02-04-101 Pg.#30  3b -EVIDENCE:
"WHEN AN OFFENDER REQUESTS EVIDENCE, THE DISCIPLINARY REVIEW OFFICER SHALL DETERMINE WHETHER SUCH EVIDENCE EXIST AND, IF AVAILABLE, PROVIDE THE EVIDENCE TO THE DHO DISCIPLINARY HEARING OFFICER."

ON THE REPORT OF DISCIPLINARY HEARING STATE FORM 39586 IN CASE # IYC 22-10-0260 THE DHO USED "GENERIC" REASONS FOR DECISION TO DENY THE PETITIONER "REQUESTED EVIDENCE" FROM WHICH THE PETITIONER WAS CHARGED FOR "TRAFFICKING" AND WAS NOT PRESENTED WITH ANY PRE-PONDERANCE OF EVIDENCE TO SUPPORT A CLAIM OF "TRAFFICKING."

THE DHO NEVER PROVIDED THE PETITIONER "A DETAILED SUMMARY OF EVIDENCE" AND OR "PROVIDE A COPY TO THE CHARGED OFFENDER 24 hours PRIOR TO THE HEARING"
AS REQUIRED BY ADP 02-04-101 Pg.30 -EVIDENCE:C

"A not guilty or guilty finding <u>shall</u> be supported by a preponderance of the evidence. A preponderance of the evidence means "more likely than not".,

B.) The Disciplinary Hearing Officer (DHO) did not follow the ADP 02-04-101 guidelines on page 37 at 5. where it states:

"A Disciplinary Hearing Officer should avoid using generic language such as "Staff reports" in the written portion of the explanation of evidence. A Disciplinary Hearing Officer <u>should specifically identify</u> the Witness statement and reports the Disciplinary Hearing Officer considered and relied upon (for example: "C.O. Smith's and C.O. Jones' Witness statements were considered and relied upon".)" (See Report of Disciplinary Hearing),

C.) The Disciplinary Hearing in this case was not held within the guidelines of p. 34 E. Operation of Disciplinary Hearing at 1. Conduct of Hearing (C) where it states that:

(7)

(C) Continued —

"The Disciplinary Hearing Officer <u>shall</u> afford each offender <u>all rights</u> as contained in this policy and administrative procedure and on state form 39585."

; and,

D) The author of the Report of Conduct, S. Ackett, O.I.I, failed to follow the required policy guidelines on p. 14 at (C) Report of Conduct 2.(b)(C)(E)(F) and (G) where it states:

"2. The Report of Conducts <u>shall</u> include, <u>at a minimum</u>, the following information:"

"(b) A Formal Statement of the Charge; The formal statement of the charge <u>shall</u> be accurate and provide enough detail to convey to a person who did not witness the event, the conduct, or behavior the offender engaged in which merits the report of conduct and the evidence that shows the offender engaged in the behavior."

(2)

(D) Continued —

"(C) Specifically, the Report of Conduct is to provide details as to what conduct violation occurred, who was involved, when the conduct violation happened, and how the conduct violation happened. IT IS VERY IMPORTANT THAT THE CONDUCT REPORT BE WRITTEN IN PLAIN LANGUAGE AND CLEARLY STATES THE "WHO, WHAT, WHEN, WHERE, AND HOW OF THE ACTUAL EVENT."

"(E) ANY Known staff or Offender witnesses"

"(F) a discription of any physical evidence (written or photographic) and the deposition of this evidence"

"(G) Any immediate action taken, including the use of physical force."

(see Report of Conduct)

## STATEMENT OF FACTS

On October 26th, 2022, S. Pickett O.I.I authored a Report of Conduct on me for an alleged incident that happened on September 25th, 2022. This Report of Conduct was completed/submitted

(3)

STATEMENT OF FACTS CONTINUED:

In violation of the ADP 02-04-101 guidelines found on page 15 @ 7. that requires "the Report of Conduct to be completed by the end of the Reporting staff person's shift and submitted to his or her immediate superior within 24 hours of the incident or knowledge of the incident, etc."

In addition to Ofc. Pickett not submitting the Report of Conduct within policy guidelines, the Report itself is deficiently void of all the necessary requirements of the ADP 02-04-101 as the Description of Incident is grossly ambiguous, does not mention any specific allegation or facts of the incidents of "Trafficking" I am being accused of, my name, etc. Merely putting "See Report of Investigation" as a Description of Incident does not satisfy ADP requirements.

Further, Ofc. Pickett failed to list any staff witnesses in the Report (which, any could not be covered by a blanket of confidentiality), nor any other physical evidence, descriptions of, or otherwise. All of which are necessary to validate a Report of Conduct according to

(4)

<u>Statement of Facts Continued.</u>
 ADP guidelines.
  Beyond the Report of Conduct issues, the DHO failed to uphold his responsibilities and duties as he would not throw the case out for procedural error. Nor did he afford me all of the rights as prescribed by policy and procedures. The instances of this occurred when: The DHO used only generic language on the Report of Disciplinary Hearing to reference the evidence he relied upon to support his decisions and finding of guilty; The DHO used/relied on GTL messages that were dated approx 10 days after the investigation was concluded as evidence, which were not pertinate to this case at <u>ALL</u>; The DHO's decisions are not supported by a preponderance of the evidence (i.e. Invalid Report of Conduct, my Statement, Invalid/Unrelated GTL messages = Finding of Not Guilty or Dismissal).
  Moreover, I have never had the opportunity to, as afforded the right by Indiana Law, and ADP 02-04-101 on page 29. at (R) to:

 "According to Indiana Law, an offender should be allowed to

(5)

STATEMENT of Facts Continued:

"Confront and cross-examine a witness, etc."...

How can a staff members' statement given to I/I be allowed to alledge I did anything because they got caught "Trafficking" drugs without allowing me the full opportunity to defend myself by exercising my right to examine or cross examine them? Is it not their word against mine? Also, at no time does any evidence prove that I "trafficked" anything. A statement given by myself throughout the investigation proceedings was misconstrued to portray I admitted to possessing or holding drugs for someone else, however, this would only at the most warrant a finding of guilty to a B-202 Possession violation.

### Conclusion

Wherefore, I pray all of the decisions rendered herein will be reversed/rescinded based upon the true violations presented herein, so as to reverse all of the punitive effects resulting from the violation of my 14th Amendment Rights under the Equal Protection and Due Process Clauses of the U.S. Constitution.

Respectfully Submitted,

[signature]

DANTE GUY # 121108

(6)

GROUND THREE: [Briefly describe your claim.]

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

Did you present Ground Three to the Final Reviewing Authority? ○ Yes. ○ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

- ☒ Report of Conduct
- ○ Screening Report
- ☒ Report of Disciplinary Hearing
- ☒ Letter from the Final Reviewing Authority
- ☒ Other relevant documents: MY ORIGINAL AND INITIAL APPEAL (D.HIB,)

## RELIEF

I ask for the following relief: FOR THE CLASS-A 113 TRAFFICKING Guilt DECISON ON 11-1-22 To be reversed and To BE REINSTATED OF 180 DAYS OF Good Time and restored my Time-Earned -CLASS. or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on: 3 / 14 / 20 23 at 11 am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____                                          121108
Signature                                                         Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]