UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANTE GUY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:23-cv-00123-JRS-MKK |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

### **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The petitioner's petition for writ of habeas corpus is dismissed for lack of jurisdiction.

Date: 9/21/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

DANTE GUY
121108
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN 46914-9810

David Corey
INDIANA ATTORNEY GENERAL
david.corey@atg.in.gov